UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v.-<br><br>SHAWN STUCKER,<br><br>                              Defendant. | 24 Cr. 00071 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The above-captioned case has been reassigned to this Court from the Honorable Paul A. Crotty.  The status conference on April 29, 2024 at 12:00 p.m., *see* Feb. 6, 2024 Minute Entry, will proceed as scheduled.  The conference will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated:  April 5, 2024
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge