UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 24 Cr. 00071 (JHR) |
| SHAWN STUCKER, | ORDER |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

It is hereby ORDERED that:

1. Trial will commence on **December 9, 2024** at **9:30 a.m.**

2. Defendant's pretrial motions shall be filed by **September 26, 2024**; oppositions shall be filed by **October 10, 2024**; and any replies shall be filed by **October 17, 2024**.

3. Any motions *in limine*, proposed *voir dire*, requests to charge, and proposed verdict forms shall be filed by **November 7, 2024**. Any oppositions to those materials shall be filed by **November 14, 2024**, and any replies by **November 18, 2024**. The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

4. A final pretrial conference will be held on **November 26, 2024** at **11:00 a.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 3, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge