

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2024

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Shawn Stucker*, 24 Cr. 071 (JHR)

Dear Judge Rearden:

    The Government writes to request that the pre-trial conference set for November 26, 2024 at 11:00 a.m. be adjourned in light of the defendant's entry of a plea of guilty in the above-captioned case on October 30, 2024 before U.S. Magistrate Judge Sarah Netburn.

    The Government also respectfully requests that sentencing be set for Thursday, March 13, 2025 at 11:30 a.m., which the Government understands is convenient for the Court and the Parties.

    The defense consents to both requests.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Maggie Lynaugh
    Assistant United States Attorney
    (212) 637-2504

cc:    Ariel Werner, Esq. (by email)

The November 26, 2024 pre-trial conference is adjourned *sine die*. The Court is continuing to hold March 13, 2025 at 11:30 a.m. for Defendant's sentencing hearing, pending the Court's determination as to whether to accept Defendant's guilty plea.

The Clerk of Court is directed to terminate ECF No. 53.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: November 22, 2024