UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

SHAWN STUCKER,

                Defendant.

24 Cr. 71 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

The parties shall appear for a conference on **January 6, 2025** at **2:30 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2024