

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

            - against -

Shawn Stucker,

            Defendant

----------------------------------------------------------x

24 CR 71-01 (JHR)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by MCC Consulting, Inc. d/b/a The New York Mental Group, in the amount of $5,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: New York, New York
March 19, 2025

                                                          Honorable Jennifer H. Rearden
                                                          U.S. District Court Judge