# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 17, 2025

**By ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Shawn Stucker*, 24 Cr. 71 (JHR)

Dear Judge Rearden:

> Application GRANTED.  Defendant shall file Exhibits B, C, D, G, and H on the public docket.  For the reasons stated herein, Exhibits A, E, F, and I shall be filed under seal.
>
> The Clerk of Court is directed to terminate ECF No. 72.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: October 31, 2025

On June 10, 2025, the parties appeared for sentencing, and the Court sentenced Shawn Stucker to time served to be followed by a period of 15 years' supervised release. At the conclusion of the proceeding, the Court asked counsel to send a letter application under Rule 10 of the Court's individual rules seeking leave to file the exhibits to the defense sentencing submission with redactions or under seal where appropriate. With apologies for the tardiness of this application, I make that request now.

The defense sentencing submission filed May 27, 2025, included nine exhibits.

- Exhibit A was a video including interviews with Mr. Stucker and his family in their home.
- Exhibit B was a letter from Mr. Stucker.
- Exhibit C was a letter from Mr. Stucker's uncle, Richard Stucker.
- Exhibit D was a letter from Federal Defenders social worker Angel L. Bosques, Jr.
- Exhibit E was a report of a psychosexual and risk assessment by Meg Kaplan, Ph.D.
- Exhibit F was a report of a psychological evaluation by Mary Riggs Cohen, Ph.D.
- Exhibit G was a chart tracking noncustodial sentences in child pornography cases in the Southern District of New York.
- Exhibit H was a chart tracking noncustodial sentences in child pornography cases in the Eastern District of New York.
- Exhibit I contained excerpts of Mr. Stucker's records from the New York City Department of Education.

      I respectfully request permission to file four exhibits—Exhibits A, E, F, and I—under seal. The video, Exhibit A, includes discussions of Mr. Stucker's mother's and brother's medical conditions and cognitive disabilities. The psychological reports by Dr. Kaplan and Dr. Cohen contain sensitive personal information about Mr. Stucker gathered for the purpose of determining whether he suffered from a cognitive impairment or other psychiatric disorder. The reports also cite and summarize confidential medical and school records subpoenaed to assist the psychologists in their assessment of Mr. Stucker's mental state. Exhibit I includes Mr. Stucker's confidential education and special education records, including psychological evaluations and individualized education plans. These records were cited and summarized in the defense sentencing submission filed on the public docket, satisfying the public's right to access information while avoiding inappropriate disclosure of Mr. Stucker's confidential records.

      With the Court's permission, I shall file Exhibits B, C, D, G, and H on the public docket and ask the Court to direct the remaining exhibits to be filed under seal. I have conferred with the Government, which has no objection. Thank you for your consideration of this request.

Respectfully submitted,

Ariel Werner
Assistant Federal Defender
212.417.8770

cc:    Margaret Lynaugh, Assistant U.S. Attorney